UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NANA NICOLE HARDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-CV-156 |
| | ) |
| AEROTEK, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 23, 2017. In that Report and Recommendation, the Magistrate Judge recommends that the Plaintiff's Application to Proceed Without Prepayment of Fees, [Doc. 2], be DENIED. The Magistrate Judge further recommends that the plaintiff be allowed to pay the filing fee in installments. No objections have been filed to the Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED AS MODIFIED, [Doc. 4]. The motion to proceed without prepayment of fees is DENIED. It appears, however, that plaintiff has the financial resources with which to pay the filing fee. The full amount of the filing fee is due immediately.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE